**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

YASIR MEHMOOD,

    Petitioner,                                      2:15-cv-01881-GMN-GWF

vs.

                                                   **ORDER**

TRINITY SERVICES GROUP, INC.,
*et al.*,

    Respondents.

_____/

       This action is a petition for writ of habeas corpus by Yasir Mehmood, who is apparently incarcerated at the Nevada Southern Detention Center, in Pahrump, Nevada, awaiting a criminal trial in the United States District Court for the Eastern District of California. The court granted Mehmood leave to proceed *in forma pauperis*, but dismissed the action pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, ruling that Mehmood's habeas petition is frivolous in that it plainly does not state a claim upon which habeas relief could be granted by this court. *See* Order entered October 6, 2015 (ECF No. 7). Judgment was entered on October 6, 2015 (ECF No. 8).

       On October 15, 2015, Mehmood filed a notice of appeal (ECF No. 10), and a motion to proceed *in forma pauperis* on appeal (ECF No. 11).

       "An appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3); *see also* Fed. R. App. P. 24. The good faith

requirement for *in forma pauperis* status on appeal is satisfied if the appellant seeks review of an issue that is not frivolous. *See Gardner v. Pogue*, 558 F.2d 548, 550-51 (9th Cir.1977) (citing *Coppedge v. United States*, 369 U.S. 438, 445 (1962)) (quotation marks omitted); *see also Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir.2002) (if at least one issue or claim is non-frivolous, the appeal may proceed *in forma pauperis*).  An action is frivolous "where it lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989).

For the reasons stated in the order entered on October 6, 2015 (ECF No. 7), Mehmood's habeas corpus petition is frivolous.

**IT IS THEREFORE ORDERED** that this court certifies, pursuant to 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24, that this appeal is not taken in good faith.

**IT IS FURTHER ORDERED** that the petitioner's Motion to Proceed *in Forma Pauperis* on Appeal (ECF No. 11) is **DENIED**.

Dated this   19   day of October, 2015.

UNITED STATES DISTRICT JUDGE